PROB 12B
(7/93)

Report Date: November 8, 2007

## United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 1 4 2007

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Bobby Wayne Briggs

Case Number: 2:02CR02195-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 7/9/2003

Type of Supervision: Supervised Release

Original Offense: Distribution of a Controlled Substance, Cocaine Base and Aiding and Abetting, 21 U.S.C. § 841(a)(1); Possession with Intent to Distribute a Controlled Substance, Cocaine Base, 21 U.S.C. § 841(a)(1)

Date Supervision Commenced: 10/5/2007

Original Sentence: Prison - 70 Months; TSR - 48 Months

Date Supervision Expires: 10/4/2011

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

17  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

18  You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

### CAUSE

This modification is requested to provide urine and alcohol testing conditions, which will be in compliance with 9th Circuit case law, which requires the Court to specify the number of urine tests an offender may be subject to in a given time frame. The offender has agreed to the modification and has signed a waiver to this effect, which is enclosed for the Court's review.

It is respectfully requested the Court order the indicated modification.

Prob 12B
**Re: Briggs, Bobby Wayne**
**November 8, 2007**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11-8-07

Kevin Crawford
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

November 14, 2007
Date